IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KEEN,

       Plaintiff,                                      CV F 04 5645 AWI   WMW   P

   vs.                                           ORDER

AMY NOBLE, et al.,

       Defendants.

       Plaintiff James Keen is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief against defendants Noble, Schultz, Haro, Watts, Qureshi and Sawyer for prohibiting the free exercise of his religious beliefs.

       Accordingly, it is HEREBY ORDERED that:

  1. Service is appropriate for the following defendants:

       AMY NOBLE

       PAUL SCHULTZ

       ROBERT HARO

       HARRELL WATTS

       SARAH QURESHI

KATHLEEN SAWYER

2. The Clerk of the Court shall send plaintiff six USM-285 forms, six summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed March 2, 2004.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Six copies of the endorsed complaint.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   July 15, 2005**                              /s/  **William M. Wunderlich**
mmkd34                                                         UNITED STATES MAGISTRATE JUDGE