IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMY NOBLE, et al.,<br><br>　　　　Defendants. | CV F 04-5645 AWI WMW P<br><br>ORDER DENYING MOTION FOR CLARIFICATION AS MOOT<br><br>(Document #11) |

　　Plaintiff brings this action raising alleged violations of his civil rights. An administrative review of the docket in this action reveals that one motion has been administratively termed as an outstanding motion. On May 28, 2004, the Magistrate Judge issued the court's standard First Informational Order. On January 7, 2005, Plaintiff filed a motion for clarification of this order. Plaintiff states that the court's First Informational Order conflicts with Rule 4 of the Federal Rules of Civil Procedure. On July 15, 2005, the Magistrate Judge screened this action and ordered service appropriate.

　　The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). This statute trumps any different service requirements found in the Federal Rules of Civil Procedure. Based on Section 1915A, the Magistrate Judge has now screened this action, and ordered service. As such, further discussion on whether the court needed to screen the case is unnecessary.

1     Accordingly, the court ORDERS that Plaintiff's January 7, 2005 motion for clarification
2 is DENIED as moot.

4 IT IS SO ORDERED.

5 **Dated:  September 12, 2005**         **/s/ Anthony W. Ishii**
   0m8i78                                             UNITED STATES DISTRICT JUDGE