UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES KEEN,                          )   1:04-cv-05645-AWI-WMW P
                                     )
            Plaintiff,               )   EX PARTE REQUEST TO EXTEND
                                     )   DEFENDANTS' TIME TO RESPOND
      v.                             )   TO AMENDED COMPLAINT;
                                     )   {PROPOSED] ORDER THEREON
AMY NOBLE, et. al.,                  )
                                     )
            Defendants.              )
                                     )

      The United States of America requests an extension of time

for Defendants Robert Haro, Amy Noble, Sarah Qureshi, Kathleen

Hawk Sawyer, Paul Schultz and Harrell Watts ("BOP Defendants") to

respond to the Amended Complaint, filed March 26, 2004.

      Good cause appearing, IT IS HEREBY ORDERED that Defendants'

time to respond to the complaint is extended to February 16,
2006. IT IS SO ORDERED.

**Dated:    December 23, 2005**              **/s/  William M. Wunderlich**
j14hj0                                 UNITED STATES MAGISTRATE JUDGE