McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant United States Attorney
Federal Courthouse, Suite 4401
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEEN, ) | 1:04-cv-05645-AWI-WMW P |
| Plaintiff, ) | **SECOND EX PARTE REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO AMENDED COMPLAINT; [PROPOSED] ORDER THEREON** |
| v. ) | |
| AMY NOBLE, et. al., ) | |
| Defendants. ) | |

The United States of America requests an extension of time for Defendants to respond to the Amended Complaint, filed March 26, 2004, based on the following:

1. Defendants executed waivers of service in this case in November and December of 2005. The Defendants are employees of the Federal Bureau of Prisons, and Plaintiff has sued them in both their official and individual capacities. As a result, Defendants are represented by the United States Attorney's Office.

2. The United States Attorney's Office is in the process of finalizing a Motion to Dismiss and/or for Summary Judgment in the case and believes that Plaintiff's claims will be, at least in part, mooted due to a rule change. However, finalizing the motion and obtaining executed declarations from all of the defendants, including retired defendants, is problematic. Counsel believes she can obtain all of the necessary evidence within the next fourteen days and file the appropriate Motion within that time.

3.	In light of the foregoing, and to enable the United States Attorney's Office to respond to the Amended Complaint on behalf of all Defendants, it is respectfully requested that the Court extend Defendants' time to respond by at least 14 days to March 3, 2006.

Respectfully submitted,

Dated: February 14, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Kristi C. Kapetan
Kristi C. Kapetan
Assistant U.S. Attorney
Attorneys for the United
States of America

## ORDER

Accordingly, Defendants' time to respond to the Amended Complaint is extended to March 3, 2006.

IT IS SO ORDERED.

**Dated:	February 15, 2006**	/s/ William M. Wunderlich
j14hj0	UNITED STATES MAGISTRATE JUDGE