IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KEEN,

        Plaintiff,

        vs.                                CV F 04 5645 AWI WMW   P

FINDINGS AND RECOMMENDATION
RE MOTION FOR PRELIMINARY
INJUNCTION (DOC 15 )

AMY NOBLE, et al.,

        Defendants.

        Plaintiff is a federal prisoner proceeding pro se.  Pending before the court is plaintiff's motion for a preliminary injunction.

        Plaintiff filed this lawsuit for alleged conduct that occurred while plaintiff was housed at the U.S. Penitentiary at Atwater.  Plaintiff claims he was denied his right to the free exercise of his religious belief in violation of the First Amendment.   Plaintiff is currently housed at the U.S. Penitentiary at Lompoc..

        Plaintiff's essentially seeks an order prohibiting the conduct alleged in the complaint.  When an inmate seeks injunctive or declaratory relief concerning the prison where

he is incarcerated, his claims for such relief become moot when he is no longer subjected to those conditions. <u>Dilley v. Gunn</u>, 64 F.3d 1365, 1368 (9th Cir. 1995); <u>Johnson v. Moore</u>, 948 F.2d 517, 519 (9th Cir. 1991).

Plaintiff is now incarcerated at a different facility. Though plaintiff does name U.S. Bureau of Prison officials not employed at U.S.P. Atwater, he does not reference any specific conduct by these officials in his motion for injunctive relief. Rather, plaintiff refers to "defendants" in general. The alleged conduct that gives rise to this lawsuit occurred while plaintiff was housed at Atwater.

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for injunctive relief be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B). Within ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within ten days after service of the objections. The parties are advised that failure to file objections within the specified time waives all objections to the judge's findings of fact. See <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998). Failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   March 8, 2006**            /s/ William M. Wunderlich
mmkd34                    UNITED STATES MAGISTRATE JUDGE