UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEEN,<br><br>    Plaintiff,<br><br>  v.<br><br>AMY NOBLE, et al.,<br><br>    Defendants. | 1:04-CV-05645-AWI-WMW-P<br><br>ORDER GRANTING EXTENSION<br>OF TIME TO FILE OPPOSITION<br>TO MOTION TO DISMISS<br>(DOCUMENT #41) |

   Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).  On March 10, 2006, plaintiff filed a motion to extend time to file an opposition to defendants' motion to dismiss.  On March 27, 2006, plaintiff filed an Amendment to his earlier motion.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

   Plaintiff is granted thirty days from the date of service of this order in which to file his opposition to defendants' motion to dismiss.

IT IS SO ORDERED.

**Dated:   April 3, 2006**            /s/  William M. Wunderlich
j14hj0                    UNITED STATES MAGISTRATE JUDGE