UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEEN,<br><br>        Plaintiff,<br><br>   v.<br><br>AMY NOBLE, et al.,<br><br>        Defendants. | 1:04-CV-05645-AWI-WMW-P<br><br>ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br>(DOCUMENT #45) |

      Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).  On April 28, 2006, plaintiff filed a motion for a second extension of time to file an opposition to defendants' motion to dismiss.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

      Plaintiff is granted thirty days from the date of service of this order in which to file his opposition to defendants' motion to dismiss.

IT IS SO ORDERED.

**Dated:   May 30, 2006**　　　　　　　　　/s/  **William M. Wunderlich**
j14hj0　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE