IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KEEN,

    Plaintiff,                          CV F 04 5645 AWI WMW   P

  vs.                                   ORDER RE MOTION (DOC 48)

AMY NOBLE, et al.,

    Defendants.

     Plaintiff is a federal prisoner proceeding pro se in a civil rights action. Pending before the court is Defendants' motion to dismiss and or for summary judgment. Plaintiff has filed a motion to compel discovery.

     Until such time as a discovery order has been entered, no discovery may be had by any party. Because there has been no discovery, the court will address Defendant' motion to dismiss and continue the motion for summary judgment. Sshould Plaintiff prevail in his opposition to the motion to dismiss, the court will enter a discovery order, setting forth the guidelines for discovery and setting a discovery deadline. Until such time, any discovery motions are premature.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to compel filed on June 23, 2006, is denied. IT IS FURTHER ORDERED that no party may conduct discovery until such time as a discovery order is entered.

IT IS SO ORDERED.

**Dated:     June 29, 2006**                              **/s/  William M. Wunderlich**
j14hj0                                                    UNITED STATES MAGISTRATE JUDGE