McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEEN, ) | 1:04-cv-05645-AWI-WMW P |
| ) | |
| Plaintiff, ) | **EX PARTE REQUEST TO EXTEND** |
| ) | **DEFENDANTS' TIME TO RESPOND TO** |
| v. ) | **OPPOSITION TO MOTION FOR** |
| ) | **SUMMARY JUDGMENT, ORDER THEREON** |
| AMY NOBLE, et. al., ) | |
| ) | |
| Defendants. ) | |

   The United States of America requests an extension of time for Defendants Amy Noble, Paul Schultz and Robert Haro ("BOP Defendants") to Reply to the Plaintiff's Opposition to the Motion to Dismiss, or, in the alternative, for Summary Judgment, based on the following:

   1.   Counsel for the United States has been out of the office defending several depositions in a civil case for the last week and has not had time to coordinate a response to the Opposition.

   2.   Agency counsel for the Board of Prisons is in the process of obtaining an additional declaration that sets out that the remedy Plaintiff seeks in his lawsuit is already available and therefore that this case is moot.

3.   In order to assist the Court in its analysis of this case, Defendant intends to file a reply and respectfully requests an additional two weeks, up to an including August 1, 2006, to file a reply.

                              Respectfully submitted,

Dated: July 18, 2006          McGREGOR W. SCOTT
                              United States Attorney


                         By:    /s/ Kristi C. Kapetan
                              Kristi C. Kapetan
                              Assistant U.S. Attorney
                              Attorneys for the United
                              States of America


ORDER

IT IS SO ORDERED that Defendants' time to file a reply to the Plaintiff's opposition to the Motion to Dismiss and/or for Summary Judgment is extended to August 1, 2006.

IT IS SO ORDERED.

**Dated:   July 24, 2006**              **/s/  William M. Wunderlich**
j14hj0                                  UNITED STATES MAGISTRATE JUDGE