IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KEEN,

    Plaintiff,                                  CV F 04 5645 AWI WMW

    vs.                                          ORDER

AMY NOBLE, et al.,

    Defendants.

On April 4, 2007, findings and recommendations were entered, recommending that Defendants' motion to dismiss be granted. Plaintiff was provided a thirty day period in which to file objections. On May 22, 2007, Plaintiff filed a notice of change of address, indicating that he is now housed at the Federal Correctional Center in Petersburg, Virginia. Plaintiff states that he has been in transit since April 15, 2007.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall serve the April 4, 2007, findings and recommendations on Plaintiff at his address of record.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

1  IT IS SO ORDERED.

2  **Dated:   May 25, 2007**                  **/s/  William M. Wunderlich**
                                               UNITED STATES MAGISTRATE JUDGE