UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES KEEN, | CV F 04-5645 AWI WMW P |
| Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT** |
| vs. | |
| AMY NOBLE, et al., | **ORDER DENYING MOTION TO FILE RESPONSE TO REPLY AS MOOT** |
| Defendants. / | (Documents #44 and #54) |

Plaintiff is a federal inmate and is proceeding in this action against United States Bureau of Prisons ("BOP") officials for conduct that occurred while Plaintiff was housed at the United States Penitentiary at Atwater ("Atwater").

On April 21, 2006, Plaintiff filed a motion to amend the complaint. Defendants have never filed an opposition to Plaintiff's request. In an order accompanying this order, the court has already found that Plaintiff should be given the opportunity to amend the complaint. Thus, this request will be granted.

On August 10, 2006, Plaintiff filed a motion to be able to file a response to Defendants' reply brief to Defendants' motion to dismiss. In an order accompanying this order, the court has resolved this motion considering all argument and evidence before the court. Thus, Plaintiff's request is now moot.

Accordingly, the court ORDERS:

1. Plaintiffs' motion to amend is GRANTED (Doc. #44). Plaintiff may file any amended complaint within thirty days.

2.  Plaintiffs' motion to file a reply brief is DENIED as moot (Doc. #54).

IT IS SO ORDERED.

**Dated:   September 18, 2007**              **/s/ Anthony W. Ishii**
                                          UNITED STATES DISTRICT JUDGE

2