IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES KEEN,

      Plaintiff,              1:04-CV-5645 AWI WMW PC

  vs.                           ORDER DISMISSING ACTION

ANY NOBLE, et al.,

      Defendants.
_____/

On April 16, 2008, the parties submitted a stipulation of dismissal with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that "Plaintiff James Keen, and defendants Amy Noble, Paul Schultz, Robert Haro, Harrell Watts, Sarah Qureshi and Kathleen Hawk Sawyer, hereby stipulate and agree that this action is dismissed with prejudice, with all parties to bear their own costs."

Accordingly, IT IS HEREBY ORDERED that this action is dismissed, with prejudice, in accordance with the stipulation filed on April 16, 2008.  The Clerk is directed to close this case.

IT IS SO ORDERED.

**Dated:    April 18, 2008**                      /s/ Anthony W. Ishii
                                                    UNITED STATES DISTRICT JUDGE